UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-60858-CIV-COHN/SNOW

ANNA KULBACHENKO, trustee for LENA
FORRE f/k/a OLENA KULBACHENKO,

      Plaintiff,

v.

NEW YORK LIFE INSURANCE COMPANY,

      Defendant.
_____/

## ORDER DENYING PLAINTIFF'S MOTION TO FILE EXHIBIT TO BE INCLUDED IN RECORD ON APPEAL

**THIS CAUSE** is before the Court upon Plaintiff Anna Kulbachenko's Motion to File Exhibit to be Included in Record on Appeal [DE 147]. The Court has considered the Motion and Defendant's Response [DE 148], and is otherwise duly advised in the premises.

In Plaintiff's Motion, she requests that the Court include an exhibit, marked as offered on the date of the Motion, in the record on appeal. Plaintiff provides no indication of the source of this Court's jurisdiction to supplement the record on appeal with an exhibit not previously introduced. As Defendant points out, the filing of a notice of appeal in this case divested this Court of jurisdiction regarding those aspects of the case involved on appeal. See Griggs v. Provident Consumer Discount Co., 459 U.S. 56, 58 (1982). Rather, the Court of Appeals has the discretion to allow supplementation of the appellate record if it is in the interests of justice to do so. See CSX Transp. Inc. v. City of Garden City, 235 F.3d 1325, 1330 (11th Cir. 2000).

Accordingly, this Court finds that it lacks jurisdiction to supplement the record on appeal in this case with a new exhibit, and it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Motion to File Exhibit to be Included in Record on Appeal [DE 147] is **DENIED**.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida, on this 21st day of March, 2007.

/s/ James I. Cohn
JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record